UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  12-20116-CR-MORENNO(s)

UNITED STATES OF AMERICA

vs.

MATTHEW FERGUSON,

      **Defendant.**

_____/

**MOTION FOR SENTENCE REDUCTION
PURSUANT TO U.S.S.G §5K1.1 AND 18 U.S.C. § 3553(e)**

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully moves this Honorable Court for a reduction in sentence for Defendant MATTHEW FERGUSON, pursuant to Title 18, United States Code, Section 3553(e), Section 5K1.1, United States Sentencing Guidelines, and Rule 35, Fed. R. Crim. P. and in support thereof states as follows:

      1.      The defendant was initially charged in the Southern District of Florida by a two-count indictment charging him with one count of conspiracy to import five kilograms or more of cocaine into the United States and one count of conspiracy to possess with intent to distribute five kilograms or more of cocaine.

2. On **_May 6, 2014_**, Defendant pled guilty to Count Two of a two-count indictment, charging him with conspiracy to possession with intent to distribute five (5) kilograms or more of cocaine, in violation of 21 U.S.C. § 846.

3. Since his arrest, Defendant assisted the Government by providing significant information, including that relating to the offense conduct for which he was indicted. Defendant's cooperation is complete[1] and the parties have agreed on the appropriate reduction due defendant. The Government believes that Defendant has provided substantial assistance to the United States and that his sentence should reflect the same.

4. The United States certifies that the defendant has rendered substantial assistance as that term is defined in Title 18, United States Code, Section 3553(e) and Rule 35, FED. R. CRIM. P.

---

[1] For investigative and safety reasons, the particulars of Defendant's assistance are not provided in this pleading, but should the Court desire to learn of the details, the Government would request an *in camera* review.

**WHEREFORE**, the government recommends that This Honorable Court depart from the otherwise applicable advisory guideline sentence in this case and reduce Defendant MATTHEW FERGUSON's sentence in light of his substantial assistance to law enforcement, pursuant to the United States Sentencing Guidelines § 5K1.1.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   s/ Richard O.I. Brown
RICHARD O.I. BROWN
Assistant United States Attorney
Admin. No.: A5500257
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 660-5779
Fax: (954) 356-7336
Richard.Brown@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on   July 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Richard O.I. Brown
RICHARD O.I. BROWN
ASSISTANT UNITED STATES ATTORNEY