UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE  07/09/2014   DEFT  MATTHEW FERGUSON   CASE NO. 12-20116-CR-MORENO

REPORTER   Gilda Pastor-Hernandez            CLERK   Shirley Christie

AU SA   Richard Brown            DEFT. COUNSEL   Christine O'Connor, AFPD

USPO   Michelle Burgess            INTERPRETER   N/A

( ) Deft. failed to appear - warrant to issue.  Bond forfeited.

( ) Sentencing continued until _____

( XX ) JUDGMENT AND SENTENCE

**Imprisonment:**  70  MONTHS

(xxx) **Custody of Defendant**

   (xxx) Remanded to the United States Marshal

   ( ) Voluntary Surrender to (designated institution or U.S. Marshal) on

   ( ) Commitment recommendation: _____

**Supervised Release:**   Five years

**Assessment:**   $100.00

**Other: (Fine, restitution, etc.)**   Fine-$9,400

**(xx) Additional comments:**   5K1.1 Motion is Granted; Money Judgment in the amount of $1,325,00

COURT TIME:   25  minutes